***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Argued and submitted August 30, affirmed October 11, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ISAIAH MATTHEW DOMINGUEZ,
*Defendant-Appellant.*

Klamath County Circuit Court
20CR68098, 21CR10049;
A177486 (Control), A177487

Marci Warner Adkisson, Judge.

Erik Blumenthal, Deputy Public Defender, argued the cause for appellant. Also on the briefs was Ernest G. Lannet, Chief Defender, Criminal Appellant Section, Office of Public Defense Services.

Lauren P. Robertson, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

**PER CURIAM**

Affirmed. *State v. Davis-McCoy*, 300 Or App 326, 454 P3d 48 (2019); *State v. Silsby*, 282 Or App 104, 108-09, 386 P3d 172 (2016), *rev den*, 360 Or 752 (2017).